# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                                          )
**CATHERINE LEONIE NANTUME,**             )
                                          )
   **Petitioner,**         )  **Civil Action No.**
                                          )  **18-11363-FDS**
   **v.**                   )
                                          )
**YOLANDA SMITH,**                        )
                                          )
   **Respondent.**          )
_____)

## ORDER CONCERNING LIMITED UNSEALING

**SAYLOR, J.**

   This matter was filed under seal, ostensibly to guard against the public identification of petitioner as a gay woman.  At the outset of the July 17, 2018 hearing—which was public and well-attended—the Court raised the question of whether the matter should remain sealed in its entirety.  After a colloquy, the Court indicated that it would simply refer to her sexual orientation as a "private fact."  The Court further directed petitioner to show cause why the matter should remain under seal by July 31, 2018.

   However, during the hearing, petitioner's counsel openly referred to her as "LGBT" and "gay."  There is, accordingly, no apparent reason to refrain from disclosing her sexual orientation or the nature of her asylum claim.[1]  Therefore, the Court orders as follows:

  1. The habeas petition filed under seal shall be unsealed, provided, however, that any exhibits to said petition shall remain under seal.

  2. The Court's memorandum and order dismissing the petition dated July 19, 2018, shall

---

[1] In addition, petitioner's immigration proceedings are already a matter of public record.

be unsealed.

3.  All other materials on the docket shall remain under seal pending further Court order.

**So Ordered.**

/s/  F. Dennis Saylor
F. Dennis Saylor IV
Dated:  July 19, 2018                     United States District Judge