UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
**JANE DOE,**                           )
                                        )
       **Petitioner,** )    Civil Action No.
                                        )    18-11363-FDS
       v.                )
                                        )
**YOLANDA SMITH,**                      )
                                        )
       **Respondent.**  )
_____)

## ORDER ON MOTION TO SEAL

**SAYLOR, J.**

For good cause, and after a hearing, the Court orders the pseudonym "Jane Doe" be substituted for the name of petitioner on the docket in the case caption, and elsewhere in any pleadings filed from this date forward.

**So Ordered.**

                                              /s/ F. Dennis Saylor
                                              F. Dennis Saylor IV
Dated: October 1, 2018                    United States District Judge