## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| **JANE DOE,** | ) | |
| | ) | |
| **Petitioner,** | ) | **Civil Action No.** |
| | ) | **18-11363-FDS** |
| **v.** | ) | |
| | ) | |
| **YOLANDA SMITH,** | ) | |
| | ) | |
| **Respondent.** | ) | |

_____

## <u>ORDER ON MOTION TO SEAL</u>

**SAYLOR, J.**

Pursuant to its October 1, 2018 order, the Court submitted proposed redactions of the pleadings to the parties for review. The parties identified several additions and omissions, which the Court will accept. In accordance with its earlier ruling, the Court will unseal portions of the record, in redacted form.

**So Ordered.**

/s/  F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  October 26, 2018